# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2158
Lower Tribunal No. 23-CA-011988

_____

CHRISTOPHER BURGESS,

Appellant,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Alane Laboda, Judge.

August 1, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, NARDELLA and WHITE, JJ., concur.


Christopher Burgess, Clover, South Carolina, pro se.

Adam A. Diaz, of Diaz, Anselmo & Associates, P.A., Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED